IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| JOE McCELLON | § | |
| v. | § | CIVIL ACTION NO. 2:09cv62 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. No objections were filed. This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Defendant's motion to remand is **GRANTED**;

**ORDERS**, **ADJUDGES**, and **DECREES** that this action is **REMANDED** pursuant to 42 U.S.C. § 405(g), sentence six for further consideration;

**ORDERS** that all motions not previously ruled on are denied; and

**ORDERS** that the Clerk of Court administratively close this case.

SIGNED this 10th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE